```
ke       1
023994/
059635   2
```

Eric J. Troutman, Esq.; SBN 229263
BORTON, PETRINI & CONRON, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Defendant, J.C. Penney Corporation, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Olivia Ferrel,<br><br>          Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation; Does 1 to 100,<br><br>          Defendants. | Case No. 1:05-CV-00942-AWI-SMS<br><br>**STIPULATION OF PARTIES TO REMAND TO STATE COURT; DECLARATION OF ERIC J. TROUTMAN IN SUPPORT THEREOF; ORDER**<br><br>TRIAL: None Assigned |
|---|---|

    COMES NOW the parties to the above-entitled action and recite as follows:

    1.   WHEREAS, this matter was filed in the Kern County Superior Court as Case no. S-1500-CV-255655-AEW; and

    2.   WHEREAS, the plaintiff filed and served in support of such civil action a Statement of Damages seeking recovery of $450,000; and

    3.   WHEREAS, the defendant J.C. Penney Corporation, Inc. upon objectively reasonable basis, caused the matter to be removed

/ / /

to Federal Court as the above-captioned matter on or about July 20, 2005; and

  4. WHEREAS, the plaintiff has subsequently waived, discharged and forever released defendant J.C. Penney Corporation, Inc. from any and all liability for any sum above $75,000, exclusive of costs and interest; and

  5. WHEREAS, the parties to the above-entitled action now wish for this matter to proceed in state court for the ease and economy of the civil litigants and in recognition of the insufficient amount in controversy;

  THEREFORE the parties do hereby stipulate and request that this Honorable Court enter an order remanding the matter to proceed in state court pursuant to 28 U.S.C.S. section 1447.

DATED: August 4, 2005

      BORTON, PETRINI & CONRON, LLP


      By /S/ Eric J. Troutman
       Eric J. Troutman, Attorneys for
       Defendant, J. C. Penney
       Corporation, Inc.


      By /s/ Charles R. Brehmer
       (as authorized on 8/5/05
       Charles R. Brehmer, Attorneys for
       Plaintiff, Olivia Ferrel

2

023994/059635
519530.1

STIPULATION OF PARTIES TO REMAND TO STATE COURT; DEC OF ERIC J. TROUTMAN IN SUPPORT THEREOF; ORDER

**DECLARATION**

I, Eric J. Troutman, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am properly admitted to practice before the United States District Court for the Eastern District of California. I make the following declaration in support of the parties' Stipulation and request that this matter be remanded to proceed in state court. The following facts are within my own personal knowledge, and if called as a witness to testify, I could, and would, testify competently thereto.

2. On July 20, 2005, my office caused to be filed a Notice of Removal initiating the above-captioned U.S. District Court case. As set forth in such Notice of Removal, a copy of which is attached hereto as Exhibit "A" for reference, the basis for the allegation of jurisdiction was a Statement of Damages prepared and served by the plaintiff in this matter.

3. Upon receiving word that the matter had been removed to Federal Court, counsel for Olivia Ferrel submitted a correspondence to my office suggesting that the amount in controversy did not meet the requirements for diversity jurisdiction.

4. This office offered to stipulate that the matter be remanded to state court in the event that plaintiff agreed to waive any, and all, liability above and beyond $75,000, exclusive of costs and interest. The plaintiff was willing to execute such waiver and has, in fact, released and discharged defendant J.C. Penney Corporation, Inc. from any and all liability above $75,000, exclusive of costs and interest.

5. Accordingly, J.C. Penney Corporation, Inc. is no longer entitled, and does not wish, to proceed in the United States District Court and does grant its consent to a remand of the action to state court for want of diversity jurisdiction.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the above stated facts are true and correct.

Executed this 4th day of August 2005, in Bakersfield, California.

/s/ Eric J. Troutman
Eric J. Troutman, Declarant

**ORDER**

As it appears that the amount in controversy in this matter no longer meets the requirements for original diversity jurisdiction under 28 U.S.C. 1332, and as the parties have stipulated to the requested relief;

THEREFOR, it is hereby ordered that this matter is remanded to proceed in state court in all respects.

IT IS SO ORDERED.

**Dated:   August 25, 2005**                    **/s/ Sandra M. Snyder**
icido3                                           UNITED STATES MAGISTRATE JUDGE